United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 9, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

No. 05-50710
Summary Calendar

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RUBEN TORRES-ROBLES, also known as Luis Alberto Vidal, also known
as Pedro C. Parra, also known as Juan Vasquez Ibarra, also known
as Juan Ibarra, also known as Ruben Torres,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:04-CR-466-ALL
--------------------

Before REAVLEY, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Appealing the Judgment in a Criminal Case, Ruben Torres-
Robles raises arguments that are foreclosed by <u>Almendarez-Torres
v. United States</u>, 523 U.S. 224, 235 (1998), which held that a
prior conviction is a sentencing factor under 8 U.S.C.
§ 1326(b)(2) and not a separate criminal offense.  The
Government's motion for summary affirmance is GRANTED, and the
judgment of the district court is AFFIRMED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.